UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-CR-22 |
| | ) | |
| STEVEN E. MEFFORD, | ) | (VARLAN/GUYTON) |
| | ) | |
| Defendant. | ) | |
| | ) | |

**O R D E R**

All pretrial motions have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Judge as may be appropriate. On April 10, 2009, the Court ordered [Doc. 16] that the defendant be committed for a mental examination to determine his competency to stand trial and sanity at the time of the alleged offense. At that time, the Court also cancelled the May 18, 2009 trial date and set a competency hearing for June 29, 2009. Subsequently, the Court received a letter dated April 29, 2009, from the Federal Correctional Institution in Butner, North Carolina, requesting an additional thirty days, through July 11, 2009, in which to complete the defendant's mental evaluation. The Court granted [Doc. 17] this request for additional time on May 8, 2009. Accordingly, the Court finds that it will not be able to conduct the competency hearing on June 29, 2009. The competency hearing is reset to **August 17, 2009, at 10:00 a.m.**, to permit time for the completion of the mental examination, the preparation of the forensic report, the transport of the defendant back to this district, and the parties' preparation for the competency hearing upon receipt of the forensic report. The Court finds that all time between the hearing formerly scheduled for **June 29, 2009**, and the

1

**August 17, 2009** competency hearing is fully excludable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A) (excluding delay due to mental evaluation), & -(F) (excluding delay due to transportation of the defendant to and from examinations).

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge

2

Case 3:09-cr-00022-TAV-HBG   Document 18   Filed 06/30/09   Page 2 of 2   PageID #: 35